File Hashes for IP Address 96.247.203.36

**ISP:** Verizon FiOS
**Physical Location:** Ashburn, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/19/2014 15:48:36 | 46BB51000D07FC58CC7B480ADE78431660A657EC | Saturday Eve |
| 08/17/2014 21:59:24 | 5F0D544A91100333638665A0AE3AD428D817F5E0 | Elevated Erotica |
| 08/15/2014 22:08:11 | C7924703D257F718D5FB25A12368061D22180D64 | A Dream Of You |
| 08/14/2014 20:11:30 | 375C0505BC8B5CE1AB37C7B645721C5B81A60957 | Pretty Bad Girl |
| 08/11/2014 14:20:22 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 08/08/2014 12:02:23 | 5B41CDDCE3334D93A12694242177F79B1063A2D1 | Black On White |
| 08/06/2014 11:09:59 | A0B580B71CC4FF6E0737CA2ED983951BADA56528 | Breakfast At Eves |
| 08/02/2014 18:06:52 | 3969077802D30484E6AFFA1CAAAB6E546E22D5CB | Any And All For You |
| 07/29/2014 16:49:03 | 58FF780E42A9104B45C2495BE023B01C609FD0A5 | Carry Me Home |
| 07/27/2014 17:16:22 | 4AD2B662A96BE19DD71CEFB3D71C167B4F22BC70 | Precious Metal |
| 07/25/2014 23:17:01 | 6AEB1C6EE53231898DF06C6C42418872593B9F3E | My Naughty Girl |
| 07/25/2014 10:47:25 | F9A56F0765FF9D66033BBADCEF3AAE52CB75A4E8 | Highrise Rendezvous |
| 07/15/2014 14:04:56 | F79599F9BC9ABB35D658B8A09B35CC716C23D7FB | Yours Forever |
| 07/09/2014 16:00:41 | 65D14F9BF04F633802B231018655B9C989FC39F0 | Sweet Awakening |
| 07/03/2014 19:32:00 | 8F6EC110AC573C1FA48717DAC4A5BA463FEFA699 | Tie Her Up For Me |
| 06/11/2014 11:46:26 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 06/09/2014 23:06:02 | 7114DA68F63B540FBEB8AFBBF4C19E63E9DF786D | Just Jennifer |
| 06/07/2014 11:10:55 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 05/30/2014 10:34:47 | CC2228DBFA53DB83C886724F18487A3B5B9DCC46 | Morning Glory |
| 05/30/2014 10:33:38 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 05/30/2014 10:25:48 | 1484657C99737933119AD4EDE9519EBD2B886632 | Just Watch Part 2 |
| 05/22/2014 13:47:45 | 1ADFB1AAD7EAB7E4BA39F16BA2B16C1969DBE55A | Just Watch |

EVA103

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/16/2014 13:46:13 | 2E10460C1E98544792A9A0E80A75216ED052C830 | Slippery Sensations |
| 05/12/2014 19:53:03 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 05/09/2014 14:50:18 | 3947FCC8AA68B7ECF765E44CF5B0D2D1071EDE09 | Knock On My Door |
| 05/07/2014 10:54:42 | 14998187EC9A9CB20357662C5468A2AAFC0D0D34 | Au Paradis |
| 05/03/2014 12:53:00 | 01B11B0AD7304EB905C177588624F723B3BCC53D | Brazilian Love Affair |
| 05/01/2014 16:54:13 | A3489404D5BC89A23C5693702FBAE237D7F447BE | In My Living Room |
| 05/01/2014 03:22:26 | FEDE116F274326D1984D76D216D0DE8800F22F58 | Putting On A Show For You |
| 04/23/2014 10:55:16 | 38D4CDB4436924E4D3EE9232FC7622296DEA5035 | I Want You To Watch Me |
| 04/13/2014 14:31:47 | 65E7A48144F70A63BAD3F1BE1DB3AB2AB525C621 | Catching Up |
| 04/09/2014 12:01:21 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 04/05/2014 13:10:11 | 23E25904FFA921E91DD38E0D0EF7B1EB1A77F7E1 | Lonesome Without You |

Total Statutory Claims Against Defendant: 33

EVA103

EXHIBIT A