Copyrights-In-Suit for IP Address 96.247.203.36

ISP: Verizon FiOS
Location: Ashburn, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Dream Of You | PENDING | 08/15/2014 | 08/21/2014 | 08/15/2014 |
| Any And All For You | PENDING | 08/02/2014 | 08/11/2014 | 08/02/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 05/07/2014 |
| Black On White | PENDING | 08/07/2014 | 08/18/2014 | 08/08/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/03/2014 |
| Breakfast At Eves | PENDING | 08/06/2014 | 08/18/2014 | 08/06/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 07/29/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/13/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/07/2014 |
| Elevated Erotica | PENDING | 08/17/2014 | 08/21/2014 | 08/17/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 05/30/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 06/11/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 07/25/2014 |
| I Want You To Watch Me | PA0001892179 | 04/23/2014 | 04/29/2014 | 04/23/2014 |
| In My Living Room | PA0001895088 | 05/01/2014 | 05/12/2014 | 05/01/2014 |
| Just Jennifer | PA0001903842 | 06/09/2014 | 06/12/2014 | 06/09/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 05/22/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 05/30/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 05/09/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/05/2014 |
| Morning Glory | PA0001902968 | 05/29/2014 | 06/06/2014 | 05/30/2014 |

EXHIBIT B

EVA103

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 07/25/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/09/2014 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 07/27/2014 |
| Pretty Bad Girl | PENDING | 08/14/2014 | 08/21/2014 | 08/14/2014 |
| Putting On A Show For You | PA0001892889 | 04/29/2014 | 05/04/2014 | 05/01/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/12/2014 |
| Saturday Eve | PENDING | 08/18/2014 | 08/21/2014 | 08/19/2014 |
| Slippery Sensations | PA0001895668 | 05/15/2014 | 05/16/2014 | 05/16/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/09/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/03/2014 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 08/11/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/15/2014 |

Total Malibu Media, LLC Copyrights Infringed: 33

EVA103

EXHIBIT B