IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                    Civil Action No. 1:14-cv-01180-LO-IDD

JOHN DOE, subscriber assigned IP address
96.247.203.36,

    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 96.247.203.36. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 19, 2014

                                                    Respectfully submitted,

                                                    By:   /s/ *William E. Tabot*
                                                    William E. Tabot PC
                                                    9248 Mosby Street
                                                    Manassas, VA 20110-5038
                                                    Phone: 703-530-7075
                                                    Email: wetabotesq@wetlawfirm.com
                                                    *Attorney for Plaintiff*

So ordered 11/19/14

/s/ LOG
Liam O'Grady
United States District Judge

1